UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN LYNCH, ERIN RUBIO, and ANEESA SALEH,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 508 d/b/a CITY COLLEGES OF CHICAGO,<br><br>Defendant. | Case No. 2021-cv-00366<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Sheila M. Finnegan |

**MOTION TO FILE THE JOINT MOTION TO RESOLVE DISCOVERY DISPUTE REGARDING PLAINTIFFS' NOTICE OF DEPOSITION FOR DR. MASSEY'S DEPOSITION THAT EXCEEDS THE PAGE LIMITATION OF JUDGE ELLIS' DISCOVERY MOTIONS RULE *INSTANTER***

Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 508 d/b/a CITY COLLEGES OF CHICAGO, ("Defendant") by its undersigned counsel, submit this *Motion to File the Joint Motion to Resolve Discovery Dispute Regarding Plaintiffs' Notice of Deposition for Dr. Massey's Deposition that Exceeds the Page Limitation of Judge Ellis' Discovery Motions Rule Instanter*, respectfully requesting that the Court allow the Parties to file the joint discovery motion that is 30 pages in length and attached here as **Exhibit A** *instanter*.

The Parties met and conferred regarding their dispute over the deposition of Dr. Massey by phone, in writing, and in person. Unfortunately, despite their good-faith efforts to resolve their differences, they could not reach an accord on this issue. Although the Parties tried to be succinct and explain this dispute within the 5-page limit required by Judge Ellis' rule for joint discovery motions, the Parties required a joint motion beyond 5 pages to fully explain their respective positions on this dispute. The Parties, therefore, request that the Court allow them to file a joint

discovery motion that is 30 pages in length, thereby exceeding Judge Ellis's Discovery Motions Rule limiting joint discovery motions to 5 pages.

**WHEREFORE**, the Parties, respectfully requests that the Court allow them to file the joint discovery motion that is up to 30 pages in length attached as **Exhibit A** *instanter*.

A proposed order is attached here as **Exhibit B** for the Court's convenience.

Dated:  May 12, 2022    Respectfully submitted,

> */s/Reginald Lys*
> Ian H. Fisher (ifisher@taftlaw.com)
> Reginald Lys (rlys@taftlaw.com)
> TAFT STETTINIUS & HOLLISTER LLP
> 111 East Wacker Drive, Suite 2800
> Chicago, Illinois 60601
> (312) 527-4000

**CERTIFICATE OF SERVICE**

I, Reginald Lys, an attorney, hereby certify that on this 12th day of May, 2022, I electronically filed the foregoing *Motion to File the Joint Motion to Resolve Discovery Dispute Regarding Plaintiffs' Notice of Deposition for Dr. Massey's Deposition that Exceeds the Page Limitation of Judge Ellis' Discovery Motions Rule Instanter* with the Clerk of the Court using the Court's CM/ECF filing system which will send notice of such filing to all counsel of record.

*/s/Reginald Lys*