# EXHIBIT A
# JOINT MOTION TO RESOLVE DISCOVERY DISPUTE REGARDING PLAINTIFFS' NOTICE OF DEPOSITION FOR DR. MASSEY'S DEPOSITION