# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EILEEN LYNCH, ERIN RUBIO, and ANEESA SALEH, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 508 d/b/a CITY COLLEGES OF CHICAGO, <br><br> Defendant. | Case No. 2021-cv-00366 <br><br> Judge Sara L. Ellis <br><br> Magistrate Judge Sheila M. Finnegan |

## PROPOSED ORDER

This matter is before the Court on the Parties' *Motion to File Joint Motion to Resolve Discovery Dispute Regarding Plaintiffs' Notice of Deposition for Dr. Massey's Deposition that Exceeds the Page Limitation of Judge Ellis' Discovery Motions Rule Instanter* ("Motion"). Having considered all matters of record and for good cause shown, the Motion is hereby **GRANTED.** Accordingly, the Parties, are granted **PERMISSION** their Joint Discovery Motion exceeding Judge Ellis' page limitation for joint discovery motions *instanter*.

**SO ORDERED**, this \_\_\_\_ day of _____, 2022.

_____
HONORABLE SARA L. ELLIS
UNITED STATES DISTRICT JUDGE

Order prepared and presented by:

*/s/*
Ian H. Fisher (ifisher@taftlaw.com)
Reginald Lys (rlys@taftlaw.com)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000