UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN LYNCH, ERIN RUBIO, and ANEESA SALEH,<br>    *Plaintiffs*,<br><br>    v.<br><br>BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 508 d/b/a CITY COLLEGES OF CHICAGO,<br>    *Defendant*. | Case No. 2021-cv-00366<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Sheila M. Finnegan |

## UPDATED JOINT STATUS REPORT

Plaintiffs, Eileen Lynch, Erin Rubio, and Aneesa Saleh, and Defendant, City Colleges of Chicago, by and through their attorneys, pursuant to the order of November 28, 2022, hereby submit the following joint status report.

1. Since the filing of the last Joint Status Report, on November 22, 2022, the parties have continued to address outstanding discovery disputes regarding both ESI and non-ESI written discovery.

2. Defendant has made a number of supplemental productions over the last two months.

3. The parties agreed to a protocol for the review and production of emails (ESI) on November 1, 2022.

4. Defendant produced its first installment of emails (ESI) on January 20, 2023, consisting of over 3,000 documents and more than 10,000 pages. Defendant intends to produce a second instalment of email (ESI) within the next seven days.

5. Defendant has not yet provided its third supplemental responses to Plaintiffs' discovery requests as it recently located and produced additional responsive non-ESI documents during its quality control, but it expects to do so within the next seven days.

6. Due to disputes over the completeness and timeliness of Defendant's production, Plaintiffs have prepared a Second Joint Motion to Resolve Discovery Issues and provided the motion to Defendant on January 20, 2023 for Defendant to complete its portions. Defendant disputes that the Joint Motion is appropriate, but will provide its argument in the Joint Motion.

7. The parties intend to file the joint motion with the Court on January 26, 2023, and to notice the motion for the status hearing of January 31, 2023.

8. As Defendant has produced 10,000 pages of emails within the last few days, and as additional ESI production remains outstanding, Plaintiffs will need time to review and analyze those documents.

9. It is Plaintiffs' position that it is premature to set a fact discovery close because Defendant's production is still not complete. It is Defendant's position that the Court should order that fact discovery should close on June 30, 2023.

10. Accordingly, the parties suggest that the Court rule on the joint motion and enter and continue the matter for further status toward the end of March.

    Respectfully submitted,

    /s/ M. Megan O'Malley
    Attorneys for the Plaintiffs
    M. Megan O'Malley
    John P. Madden
    O'Malley & Madden, P.C.
    542 So. Dearborn St. Suite 660
    Chicago Illinois 60605
    312.697.1382

        Attorneys for Plaintiffs
        momalley@ompc-law.com

        */s/* Ian H. Fisher
        Attorneys for Defendant
        Ian H. Fisher (ifisher@taftlaw.com)
        Benjamin S. Morrell
        (bmorrell@taftlaw.com)
        TAFT STETTINIUS & HOLLISTER LLP
        111 East Wacker Drive, Suite 2800
        Chicago, Illinois 60601
        (312) 527-4000