# Exhibit K

| | | | | | CCC's Amended Privilege Log 9-28-22 | | |
|---|---|---|---|---|---|---|---|
| Log No. | Date | Bates | Doc Type | Author | Recipient | Description | Privilege |
| 1 | 9/5/2019 | N/A | Email | Janine Janosky (President, Daley College) | Karla Gowen (General Counsel) | Email to Karla Gowen requesting advice about documents left outside of Dr. Janosky's office | Attorney-Client Privilege |
| 2 | 10/17/2019 | N/A | Email | Janine Janosky | Juan Salgado (Chancellor), Karla Gowen | Email to Chancelor Salgado re advise from GC regarding a faculty resolution | Attorney-Client Privilege |
| 3 | 2/9/2020 | N/A | Email | Ian Fisher | Valerie Harper (Assoc. General Counsel) | Discussion re defending impending litigation. | Attorney-Client Communication Privilege |
| 4 | 2/11/2020 | N/A | Email | Karla Gowen | Valerie Harper | Discussion re defending impending litigation. | Attorney Work Product Protection |
| 5 | 2/11/2020 | N/A | Email | Valerie Harper | Karla Gowen | Discussion re defending impending litigation. | Attorney Work Product Protection |
| 6 | 2/11/2020 | N/A | Email | Valerie Harper | Karla Gowen | Forwarding email and attachment re legal claims made. | Attorney Work Product Protection |
| 7 | 2/11/2020 | N/A | Email | Valerie Harper | Karla Gowen | Discussion re defending impending litigation. | Attorney Work Product Protection |
| 8 | 2/11/2020 | N/A | Email | Karla Gowen | Tracy Fleming (Board Secretary; Chief Advisor to the Board of Trustees. As Board Secretary, Mr. Fleming communicates City Colleges' information to the Board, on behalf of the Chancellor, to increase the Board's knowledge and understanding of issues under consideration. He also facilitates the exercise—by the Board Chair and other Trustees—of their statutory and other responsibilities.); Juan Salgado | Forwarding 2/11/22 email and attaching 2/11/22 letter from M. O'Malley to K. Gowen about the Plaintiffs' separations and threatening litigation and providing legal advice and recommendation to Board re same. | Attorney-Client Communication Privilege; Attorney Work Product Protection |
| 9 | 2/11/2020 | N/A | Email | Tracy Fleming | Karla Gowen, Juan Salgado | Requesting legal advice from Karla Gowen on what the Board should discuss during the 2/13/2020 closed session, including the 2/11/22 letter from M. O'Malley threatening potential future litigation. | Attorney-Client Privilege |
| 10 | 2/12/2020 | N/A | Email | Heather Becker (Outside Counsel) | Valerie Harper | Legal advice re defending impending litigation. | Attorney-Client Communication Privilege; Attorney Work Product |
| 11 | 2/12/2020 | N/A | Email | Valerie Harper | Aaron Allen (EEO & Labor & Employee Relations); Diandra Ritchie (EEO, Labor & Employee Relations); Micki Yolich (Labor & Employee Relations) | Request from counsel for material potentially responsive in impending litigation. | Attorney-Client Communication Privilege; Attorney Work Product Protection |
| 12 | 2/12/2020 | | Email | Tracy Fleming | Karla Gowen; Juan Salgado; Walter E. Massey (Chair of Board of Trustees) | In this email, Mr. Fleming forwarded the 2/11/20 letter from Megan O'Malley to K. Gowen concerning the Plaintiffs' termination and threatening litigation. He also repeated advice and recommendations to the Board about the letter and threatened litigation given by Karla Gowen (General Counsel). He sent this email forwarding Ms. O'Malley's letter prior to the 2/13/2020 Board meeting. | Attorney-Client Communication Privilege; Attorney Work Product Protection |
| 13 | 2/13/2020 | N/A | Email | Ian Fisher | Valerie Harper; Peter Katsoros | Discussion re defending impending litigation. | Attorney-Client Communication Privilege; Attorney Work Product Protection |
| 14 | 2/13/2020 | N/A | Email | Valerie Harper | Karla Gowen; Marcia Lewis (General Counsel's office) | Discussion re defending impending litigation. | Attorney Work Product Protection |
| 15 | 2/13/2020 | N/A | Email | Valerie Harper | Ralph Passarelli (Risk Manager) | Forwarding correspondence re defending impending litigation | Attorney-Client Communication Privilege; Attorney Work Product Protection |

| 16 | 2/13/2020 | N/A | Email | Karla Gowen | Valerie Harper | Discussion re defending impending litigation. | Attorney Work Product Protection |
|---|---|---|---|---|---|---|---|
| 17 | 2/13/2020 | N/A | Email | Valerie Harper | Karla Gowen; Chandra Toussaint (Assoicate General Counsel, Corporate Transactions) | Discussion re defending impending litigation. | Attorney-Client Communication Privilege; Attorney Work Product Protection |
| 18 | 2/13/2020 | N/A | Email | Valerie Harper | Karla Gowen | Discussion re defending impending litigation. | Attorney Work Product Protection |
| 19 | 2/13/2020 | N/A | Audio/video | Daley College Board of Trustees, Karla Gowen | | Recording of a closed session of the Board meeting held on 2/13/2020. A description of the motion for closed meeting appears in the minutes of the open meeting the same day, which have been produced. In the closed session, Karla Gowen (General Counsel) provided legal advice to the Board about a 2/11/22 letter from M. O'Malley concerning the Plaintiffs' terminations and threating litigation if the Board ratified the terminations. Near the end of the closed session, two additional matters that were not related to the Plaitniffs, their claims, or Daley College were discussed. | Attorney-Client Communication Privilege; Attorney Work Product Protection |
| 20 | 2/11/2021 | N/A | Email | Sylvia Robles (HR) | Michelle Crawley (Paralegal - General Counsel's office); Ericka Williams (HR); Valerie Harper | Email and attachment regarding response to document request in connection with impending litigation. | Attorney-Client Communication Privilege; Attorney Work Product Protection |
| 21 | 4/21/2021 | N/A | Memo | Michelle Crawley | Valarie Harper | Notes of phone call between Valerie Harper and Anne Panomitros re Plaintiffs case and reflecting mental impressions of counsel | Attorney-Client Privilege; Attorney Work Product |
| 22 | 9/13/2019 | CCC_0004176 | Email | Valerie Harper | Araceli Falcon | Emails discussing compensation regarding *Kendra Marlowe v. CCC* EEOC matter | Attorney-Client Communication Privilege; Attorney Work Product Protection |