UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Eileen Lynch, et al.

                  Plaintiff,

v.                                          Case No.: 1:21−cv−00366
                                              Honorable Sara L. Ellis

Board of Trustees of Community College District No. 508

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2023:

       MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 1/31/2023. Second joint motion to resolve discovery disputes [73] is granted. Plaintiffs' motion to accept the oversized second joint motion to resolve discovery disputes [75] is granted as stated on the record. By 2/14/2023, Defendant should provide privilege log entries in camera. By 3/31/2023, Defendant should produce all responsive discovery on a rolling basis; conclude ESI production along with an affidavit of completion. Fact discovery ordered closed by 7/31/2023. The parties should file a joint status report by 7/26/2023 indicating the status of fact discovery, the status of settlement discussions and whether the parties request a referral to the magistrate judge for a settlement conference, whether the parties require expert discovery prior to dispositive motion practice, and proposed schedules for expert discovery and summary judgment briefing, where applicable. Telephone Conference set for 8/2/2023 at 9:30 AM. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (866) 434−5269, Access Code: 8087837. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.