# Exhibit A

Lynch et al. v. CCC

Megan O'Malley <momalley@ompc-law.com>
Tue 4/4/2023 3:30 PM
To: Fisher, Ian H. <IFisher@taftlaw.com>;Morrell, Benjamin S. <BMorrell@taftlaw.com>
Cc: Alex Raynor <alex.raynor@ompc-law.com>

Counsel:

Please provide your updated privilege log, regarding withheld ESI, by tomorrow close of business so that we have time to review it prior to our call on Thursday. Please also include on the log any ESI or other documents withheld on the basis of the unspecific "protection" to which you refer in your Notice of Compliance dated March 31, 2023, and, when doing so, please let us know what you are referring to as the claimed "protection."

Thank you,
Megan

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.