# Exhibit B

RE: Lynch et al. v. CCC

Fisher, Ian H. <IFisher@taftlaw.com>
Wed 4/5/2023 1:08 PM
To: Megan O'Malley <momalley@ompc-law.com>;Morrell, Benjamin S. <BMorrell@taftlaw.com>
Cc: Alex Raynor <alex.raynor@ompc-law.com>

Megan,
We are putting together the privilege log from our ESI documents—the last of which we produced on Friday—and then will review it for accuracy. This will not be done by close of business today, but we will get it to you as soon as it is completed.

We are nonetheless prepared to go forward with tomorrow's Rule 37.2 conference concerning the collection of texts from your client's phones and from the phones of the three CCC employees (Chancellor Salgado, Vice-Chancellor Krah, and President Janosky). Or, if you prefer to combine the conference with a discussion of any questions you have concerning our ESI privilege log, we can reschedule it the conference for next week. Just let us know your preference.

Best,
Ian

**Ian H. Fisher**
Partner
IFisher@taftlaw.com
Dir: 312.836.4043
Tel: 312.527.4000 | Fax: 312.668.8905
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Tuesday, April 4, 2023 3:31 PM
**To:** Fisher, Ian H. <IFisher@taftlaw.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Cc:** Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Lynch et al. v. CCC

Counsel:

Please provide your updated privilege log, regarding withheld ESI, by tomorrow close of business so that we have time to review it prior to our call on Thursday. Please also include on the log any ESI or other documents withheld on the basis of the unspecific "protection" to which you refer in your Notice of Compliance dated March 31, 2023, and, when doing so, please let us know what you are referring to as the claimed "protection."

Thank you,
Megan

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.