# Exhibit E

Message

| | |
|---|---|
| **From**: | Eugene Nichols [enichols01@ccc.edu] |
| **Sent**: | 11/5/2019 3:01:19 AM |
| **To**: | Janine Janosky [jjanosky@ccc.edu]; Edgar Rios [erios3@ccc.edu] |
| **Subject**: | Re: Personnel Comsideration |

Hello President Janosky -

My apologies for the late reply.

I reviewed the document and also asked EEO to review as well.

Based on our review, we are not 100% that the document is substantial enough to support termination. In many instances, there appears to be a reliance on statements of the union and various College Advisors without follow-up to determine whether there was merit to their claims. While their expressed concerns are important and should be taken seriously, we do not think Management should rely on them for discipline purposes without appropriate follow-up. For instance, the term "toxic environment" was used several times but there did not seem to be documented effort to determine (1) what was meant by toxic environment, and (2) whether EL was the source/cause of the toxicity or whether those accusing EL were accountable for any of the negativity.

If the College wishes to pursue the personnel action, we recommend that the VP include more substance regarding Management's response, e.g. what actions did Management take to respond to the union's allegations, what efforts were made to determine whether EL was the reason for the toxic environment or whether the employees simply did not like her, what coaching/training sessions did Management have with EL to address deficiencies, what directives were given to EL that were not followed, etc. If answers to these questions exist, they should be included in the justification to strengthen the College's justification and to help the General Counsel be able to better defend against a possible claim of retaliation.

I hope this helps.

I will be at Daley tomorrow in the afternoon. If you wish, we can further discuss at that time.

Eugene

---

**From:** Janine Janosky <jjanosky@ccc.edu>
**Sent:** Sunday, November 3, 2019 3:13 PM
**To:** Edgar Rios <erios3@ccc.edu>; Eugene Nichols <enichols01@ccc.edu>
**Cc:** Janine Janosky <jjanosky@ccc.edu>
**Subject:** Personnel Comsideration

Edgar and Eugene:

This is a follow-up to our discussion on Friday, and please see the attached document. I support Anne Panomitros in her decision. Please reach me via phone, so we may move forward with resolution.

Janine

---------------------------------------
Janine E. Janosky, Ph.D.
President
Richard J. Daley College

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CCC_0051232

7500 South Pulaski Road
Chicago, IL 60652
http://www.ccc.edu/colleges/daley/Pages/default.aspx

---

**From:** Anne Panomitros <apanomitros@ccc.edu>
**Sent:** Friday, November 1, 2019 4:04:49 PM
**To:** Janine Janosky <jjanosky@ccc.edu>
**Subject:** EL Nov1.docx

Hello Janine,
Attached please find updated document related to our staffing discussions as of late.
Thank you,
Anne

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CCC_0051233