# Exhibit F

Message

| | |
|---|---|
| **From**: | Micki Yolich [myolich@ccc.edu] |
| **Sent**: | 11/5/2019 4:23:57 AM |
| **To**: | Aaron Allen [aallen65@ccc.edu] |
| **Subject**: | Fwd: Personnel Comsideration |

FYI - See below.

-Micki

Begin forwarded message:

> **From:** Diandra Ritchie <dritchie4@ccc.edu>
> **Date:** November 4, 2019 at 3:09:30 PM CST
> **To:** Micki Yolich <myolich@ccc.edu>
> **Subject: RE: Personnel Comsideration**
>
> I agree with Aaron. As I was reading the documentation, I, too, thought it was insufficient and seemed very one-sided and personal. It reads as though Anne has a personal issue with Eileen. There was no mention of coaching sessions or attempts to address these issues. It is also unclear how Eileen is contributing to, or manifesting, the alleged "toxic environment," or the myriad of student, faculty and Union complaints. There is also a lot of hearsay, with little investigation into the allegations.
>
> **Diandra Ritchie** (she/her/hers)
> Director – EEO, Labor & Employee Relations
> City Colleges of Chicago
> 180 N. Wabash Ave.
> Chicago, IL 60601
> (312) 553-2905 (ext. 1-2905)
>
> **From:** Micki Yolich <myolich@ccc.edu>
> **Sent:** Monday, November 4, 2019 2:57 PM
> **To:** Diandra Ritchie <dritchie4@ccc.edu>
> **Subject:** Fw: Personnel Comsideration
>
> **From:** Aaron Allen <aallen65@ccc.edu>
> **Sent:** Monday, November 4, 2019 02:24 PM
> **To:** laborrelations <laborrelations@ccc.edu>
> **Subject:** FW: Personnel Comsideration
>
> FYI
>
> **From:** Eugene Nichols <enichols01@ccc.edu>
> **Sent:** Monday, November 4, 2019 1:18 PM
> **To:** Aaron Allen <aallen65@ccc.edu>
> **Subject:** RE: Personnel Comsideration
>
> Hey Aaron –

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CCC_0051180