# Exhibit G

Message

| | |
|---|---|
| **From**: | Roberto Torres [rtorres30@ccc.edu] |
| **Sent**: | 11/10/2019 1:16:49 AM |
| **To**: | Janine Janosky [jjanosky@ccc.edu]; Anne Panomitros [apanomitros@ccc.edu] |
| **Subject**: | CONFIDENTIAL - Transition Plan |
| **Attachments**: | Richard J Daley College _ Proposed Transition Plan _ 11.09.2019.pdf |

Hi Janine and Anne,

I hope you are well.  Please accept this transition plan for your review.  I would love the opportunity to discuss it with you at your earliest convenience.  Thank you.

Best,
Roberto

**Roberto D. Torres |** *Dean of Instruction*
773.838.7594 - Office
Richard J. Daley College **|** 7500 South Pulaski Road **|** Chicago, IL 60652

CONFIDENTIAL                                                                                                                                                                                                                  CCC_0011038

## Plan for Transition – Academic and Student Affairs
## Richard J. Daley College

Dear President Janosky and Vice-President Panomitros,

This plan is developed with the overarching principles of providing unity, stability, healing, and leadership cultivation for members of the Academic and Student Affairs team. Pederson's (Pederson, 2015) research indicates that the common barriers that exist between Student Affairs (SA) and Academic Affairs (AA) are as follows:

1. Lack of knowledge or understanding of roles (B1)
2. Assumptions and incorrect perceptions (B2)
3. Competition for resources (B3)
4. Lack of trust (B4)
5. Organizational culture and language (B5)
6. Values and priorities (B6)
7. Organizational structures (B7)

After a review of Pederson's list of barriers, I can identify many examples of the aforementioned which would include "email battles" between faculty and advisors (B1, B2); requests by faculty for Academic Affairs to address student disciplinary issues citing inequity in the adjudication of the College's Student Code of Conduct (B4); colleague-to-colleague false allegations of official misconduct (B1, B2, B4, B5, B6, B7); and the focus of department leadership on management of members as opposed to leadership (B5, B6, B7). This academic year has seen the very worst of this behavior and has resulted in an overwhelming toxic environment that does not value human diversity, intellectual growth, or common decency. To put an end to this environment and to bring about positive, necessary change, I propose the following plan:

- AA and SA would be united under the direction of one dean – Dean of Academic and Student Affairs
    - The purpose of this proposed leadership team adjustment would focus on the following areas:
        - **Unity** – Uniting the departments under one dean (Dean of Academic and Student Affairs) sends a clear message that Daley College is taking a serious approach to the holistic development of its students, placing significant emphasis on collaboration and thus innovation among the areas. How do we best serve our students? We best serve our students by demonstrating that our College cares enough to take a strategic approach to their adult formation and academic development.
        - **Healing** – Allowing the wounds that have developed over the last five years to heal is crucial to the future of Daley SA. Members who survive toxic work environments oftentimes are paranoid and find it difficult to trust anyone. How do we rebuild trust among our SA members? How do

      we transform a metrics-driven culture into one of collaboration and encouragement? This would be accomplished by utilizing Anne Althoff's expertise as well as empowering SA team members by including them in important decisions regarding the direction of student advising and other facets of SA. I further propose, since he has experience of and institutional knowledge in advising, that Associate Dean of Instruction, George Kinlaw, assume leadership over advising while retaining his title and modified duties in the Office of Instruction. George has worked in the same healing approach in AA with full-time faculty.
   - **Leadership cultivation** – How do we cultivate leadership amongst our existing members? This is accomplished through trust-building and opportunities for growth. We must create opportunities for our members to grow and develop as competent and people-centered leaders rather than placing members in positions and hoping for the best. I am proposing a 6 month time frame to this model of leadership for SA and AA. During the 6 month trial, I would propose the following evaluative opportunities:
     - December, 2019 (before Christmas break)
       - Evaluation or one-on-one meetings with SA members to gauge initial changes
     - February, 2020
       - Evaluations sent to or one-on-one meetings with SA members to gauge continuing changes
     - May, 2020 (at the end of the Spring semester)
       - Evaluation or town hall meeting with SA members to discuss the state of SA.
   - **Financial responsibility** – How do we make the appropriate moves that demonstrates that we are good stewards of public funds for which we are responsible? Currently, we have allocated the following for the 2019-2020 academic year:

     - Eileen Lynch - $99,900
       - After 10 pay periods, approximately $24,000 has been paid out of her salary, leaving approximately $75,900 to still be paid out.
     - Roberto Torres - $100,000
       - Approximately $26,000 has been paid out YTD.

     Combining the positions could have a cost savings of over $40,000 that can be allocated to compensate George Kinlaw for the extra duties of overseeing advising. This will still leave a significant amount of money that can be allocated depending on the compensation decisions.
- Other highlights of the plan would include:

- o Cynthia Moreno would oversee Records and Registration. Since Cynthia and Victor Sanchez already have a good working relationship, Cynthia would ensure Victor's success as Registrar through their continued collaboration in this structure. We could also cultivate existing team members to move in to the Assistant Registrar position.
- o It is important to note that this plan does not include retention of the current Associate Deans of Student Services (ADSS) – the schedule of their attrition will be determined. With this in mind, there may be additional cost savings if we delay the hiring of a new ADSS – Advising because of George's oversight of that area. We would need to hire a new ADSS – Student Activities as soon as possible.
- o This opportunity allows us to take a careful look at our advising model and how effective it has been with our students. With the motto developed by Vice President Panomitros, how do we continue to be "Student-centered, faculty-driven, and administratively supported?" I propose an advising model that takes the following into account:
    - Advising as developmental – the advisor and the student are partners in the educational empowerment of the student. This is a shared responsibility
    - Advising as teaching – the advisor works with the student to enhance the student's learning by relating them to knowledge that has been previously learned (Lowenstein, 2005) with the goal of developing the student's skills of decision-making, critical thinking, responsibility, and appreciation for education in addition to learning academic procedures and policies.
    - The advising model would be guided by a hybrid student development theory, combining Chickering's Theory of Identity Development and the Cross Model of Psychological Nigrescence (can be used for our Black and LatinX students)

I would like the opportunity to discuss this with you to help inform any decisions you will make regarding the Student Affairs and Instruction areas. Thank you for your time and consideration.

Respectfully submitted,

*Roberto Torres*

Roberto D. Torres
Dean of Instruction

## Works Cited

Lowenstein, M. (2005). If Advising is teaching, What Do Advisors Teach? *NACADA Journal*, 65-73.

Pederson, J. (2015, August 19). *Bridging the Gap between Student Affairs and Academic Affairs*. Retrieved from The Student Affairs Collective: https://studentaffairscollective.org/bridging-gap-student-affairs-academic-affairs/

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CCC_0011042