# Exhibit H

RE: Lynch v. CCC - priv log

Morrell, Benjamin S. <BMorrell@taftlaw.com>
Thu 4/20/2023 7:50 AM
To: Megan O'Malley <momalley@ompc-law.com>;Alex Raynor <alex.raynor@ompc-law.com>
Cc: Fisher, Ian H. <IFisher@taftlaw.com>

Megan,

Ian is out of town this week, but we can schedule a time to speak early next week. Please let me know your availability.

For now, please note that a substantial number of the documents produced yesterday are duplicates of those already produced to Plaintiffs previously. In this production, we produced entire families of documents, with slip sheets for privileged documents, to avoid creating additional overlay problems that would arise from breaking up families of documents. Producing duplicates was a natural and inevitable consequence of this decision made in the spirit of inclusivity.

For other documents in this production, we initially withheld them as privileged or protected from disclosure but later, upon further review, decided to withdraw the privilege or protection and produce them to Plaintiffs. Both the declaration of completeness and our continuous communications have acknowledged that CCC may withhold documents pursuant to applicable privilege or protection.

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Thursday, April 20, 2023 7:18 AM
**To:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Cc:** Fisher, Ian H. <IFisher@taftlaw.com>
**Subject:** Re: Lynch v. CCC - priv log

A cursory review allows us to see that the log is deficient in several respects. We would also like to discuss why we are receiving an over 200 entry log and 2000 pages of new production 3 weeks after the court deadline and after your client submitted an affidavit of completeness. Please let us know what time later today works for a conversation.

Thank you,

Megan

Get [Outlook for iOS](#)

**From:** Morrell, Benjamin S. <[BMorrell@taftlaw.com](#)>
**Sent:** Thursday, April 20, 2023 7:04:48 AM
**To:** Megan O'Malley <[momalley@ompc-law.com](#)>; Alex Raynor <[alex.raynor@ompc-law.com](#)>
**Cc:** Fisher, Ian H. <[IFisher@taftlaw.com](#)>
**Subject:** Lynch v. CCC - priv log

Good morning Megan,

Attached please find CCC's ESI privilege log.

Please let me know if you have any questions or would like to discuss.

Thanks,

Ben

**Benjamin S. Morrell**
Attorney
BMorrell@taftlaw.com
Dir: 312.840.4489
Tel: 312.527.4000 | Fax: 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.