# Exhibit I

| Priv No. | Date | Bates Beg | Doc Type | Author | Recipient | Description | Basis |
|---|---|---|---|---|---|---|---|
| 23 | 5/15/2018 | N/A | Email | Eduardo Garza | Juan Salgado; Karla Gowen (General Counsel) | Discussion of attorney-directed information gathering A. Pro disciplinary matter | Attorney Work Product Protection |
| 24 | 7/9/2018 | N/A | Email | James Reilly (General Counsel) | Eduardo Garza; Laura Paz | Discussion of attorney-directed information gathering re FOIA request | Attorney Work Product Protection |
| 25 | 7/11/2018 | N/A | Email | Laura Paz | James Reilly; Eduardo Garza | Discussion of attorney-directed information gathering re FOIA request | Attorney Work Product Protection |
| 26 | 3/13/2019 | CCC_0051379 | Email | Micki Yolich | Michelle Crawley (Senior Paralegal & Project Manager); Valerie Harper (Associate General Counsel) | Discussion of attorney-directed information gathering re FOIA request | Attorney Client Privilege; Attorney Work Product Protection |
| 27 | 3/13/2019 | N/A | Email | Micki Yolich | Aaron Allen | Discussion of attorney-directed information gathering and strategy for satisfying legal obligations re FOIA request | Attorney Client Privilege; Attorney Work Product Protection |
| 28 | 3/14/2019 | CCC_0051315 | Email | Michelle Crawley | Micki Yolich; Valerie Harper | Discussion of attorney-directed information gathering and strategy for satisfying legal obligations re FOIA request | Attorney Client Privilege; Attorney Work Product Protection |
| 29 | 6/19/2019 | CCC_0051184 | Email | Valerie Harper | Aaron Allen; Micki Yolich; Rohit Paul; Michelle Crawley | Emails discussing compensation regarding *Kendra Marlowe v. CCC* EEOC matter | Attorney Client Privilege; Attorney Work Product Protection |
| 30 | 6/19/2019 | CCC_0051381 | Email | Micki Yolich | Valerie Harper; Michelle Crawley | Emails discussing compensation regarding *Kendra Marlowe v. CCC* EEOC matter | Attorney Client Privilege; Attorney Work Product Protection |
| 31 | 6/19/2019 | N/A | Email | Valerie Harper | Micki Yolich; Michelle Crawley | Emails discussing compensation regarding *Kendra Marlowe v. CCC* EEOC matter | Attorney Client Privilege; Attorney Work Product Protection |
| 32 | 6/19/2019 | N/A | Email | Micki Yolich | Valerie Harper; Michelle Crawley | Emails discussing compensation regarding *Kendra Marlowe v. CCC* EEOC matter | Attorney Client Privilege; Attorney Work Product Protection |
| 33 | 6/20/2019 | N/A | Email | Rohit Paul | Valerie Harper; Aaron Allen; Micki Yolich; Michelle Crawley | Emails discussing compensation regarding *Kendra Marlowe v. CCC* EEOC matter | Attorney Client Privilege; Attorney Work Product Protection |
| 34 | 7/10/2019 | N/A | Email | Micki Yolich | Valerie Harper | Communication enclosing work product re *Kendra Marlowe v. CCC* EEOC matter for attorney review | Attorney Client Privilege; Attorney Work Product Protection |
| 35 | 7/12/2019 | N/A | Email | Valerie Harper | Micki Yolich | Communication discussing work product re *Kendra Marlowe v. CCC* EEOC matter for attorney review | Attorney Client Privilege; Attorney Work Product Protection |
| 36 | 7/16/2019 | N/A | Email | Micki Yolich | Valerie Harper | Communication discussing work product re *Kendra Marlowe v. CCC* EEOC matter for attorney review | Attorney Client Privilege; Attorney Work Product Protection |
| 37 | 7/16/2019 | N/A | Email | Valerie Harper | Micki Yolich | Communication discussing work product re *Kendra Marlowe v. CCC* EEOC matter for attorney review | Attorney Client Privilege; Attorney Work Product Protection |
| 38 | 7/17/2019 | N/A | Email | Micki Yolich | Valerie Harper | Communication discussing work product re *Kendra Marlowe v. CCC* EEOC matter for attorney review | Attorney Client Privilege; Attorney Work Product Protection |
| 39 | 7/18/2019 | N/A | Email | Valerie Harper | Micki Yolich | Communication discussing work product re *Kendra Marlowe v. CCC* EEOC matter for attorney review | Attorney Client Privilege |
| 40 | 7/22/2019 | N/A | Email | laborrelations | Valerie Harper; Aaron Allen; Diandra Ritchie | Communication relaying facts to counsel re labor arbitration | Attorney Client Privilege; Attorney Work Product Protection |
| 41 | 7/30/2019 | CCC_0051317 | Email | Micki Yolich | Christopher Jensen (Associate General Counsel) | Communication discussing information gathering by counsel re labor arbitration | Attorney Client Privilege; Attorney Work Product Protection |
| 42 | 8/2/2019 | N/A | Email | Valerie Harper | Aaron Allen; Diandra Ritchie; Emily Chu | Communication discussing work product re *Kendra Marlowe v. CCC* EEOC matter | Attorney Client Privilege |
| 43 | 8/2/2019 | N/A | Email | Aaron Allen | Valerie Harper; Diandra Ritchie; Emily Chu | Communication discussing work product re *Kendra Marlowe v. CCC* EEOC matter | Attorney Client Privilege |
| 44 | 8/5/2019 | N/A | Email | Rohit Paul | Valerie Harper; Aaron Allen | Communication discussing work product re *Kendra Marlowe v. CCC* EEOC matter | Attorney Client Privilege |
| 45 | 8/9/2019 | N/A | Email | Araceli Falcon | Eugene Nichols; Donna Melson; Christopher Jensen; Rohit Paul; Aaron Allen | Communication discussing information gathering by counsel re labor arbitration | Attorney Client Privilege; Attorney Work Product Protection |
| 46 | 9/23/2019 | N/A | Email | Eugene Nichols | Christopher Jensen | Communication by counsel re preparation for labor arbitration | Attorney Client Privilege |

| Priv No. | Date | Bates Beg | Doc Type | Author | Recipient | Description | Basis |
|---|---|---|---|---|---|---|---|
| 47 | 9/23/2019 | N/A | Email | Eugene Nichols | Laura Paz | Communication by counsel re preparation for labor arbitration | Attorney Client Privilege |
| 48 | 9/24/2019 | N/A | Email | Christopher Jensen | Eugene Nichols | Communication by counsel re preparation for labor arbitration | Attorney Client Privilege |
| 49 | 9/24/2019 | N/A | Email | Eugene Nichols | Christopher Jensen | Communication by counsel re preparation for labor arbitration | Attorney Client Privilege |
| 50 | 9/26/2019 | CCC_0051294 | Email | Emily Chu | Diandra Ritchie | Emails discussing compensation regarding *Kendra Marlowe v. CCC* EEOC matter | Attorney Client Privilege |
| 51 | 10/7/2019 | N/A | Email | Eileen Lynch | Aneesa Saleh; Christopher Jensen; Eugene Nichols; Autym Henderson | Communication by counsel re preparation for labor arbitration | Attorney Client Privilege |
| 52 | 10/23/2019 | N/A | Email | Janine Janosky | Anne Panomitros; Tom Panas; Karen Allen; Erika de la Riva; David Girzadas; Rafael Godina; George Kinlaw; Eileen Lynch; Cynthia Moreno; Laura Paz; Katrina Pavlik; Alicia Rodriguez; Erin Rubio; Aneesa Saleh; Roberto Torres; Silvia Villa; Crystal Washington; Sarah Olivarez; Anne Althoff; Victor Sanchez; Rita Washington | Communication enclosing legal advice from counsel re FERPA obligations | Attorney Client Privilege; Attorney Work Product Protection |
| 53 | 10/23/2019 | N/A | PDF | Karla Gowen | | Attorney work product containing legal advice from counsel re FERPA obligations | Attorney Client Privilege; Attorney Work Product Protection |
| 54 | 10/28/2019 | N/A | Email | Christopher Jensen | Aaron Allen | Communication from counsel providing legal advice re EEO complaint by A. Saleh | Attorney Client Privilege |
| 55 | 10/28/2019 | CCC_0051480 | Email | Micki Yolich | Christopher Jensen | Communication to counsel discussing information gathering re Marla Mutis matter | Attorney Work Product Protection |
| 56 | 10/28/2019 | CCC_0051481 | Email | Micki Yolich | Micki Yolich | Message including communication from counsel providing legal advice re labor arbitration | Attorney Client Privilege |
| 66 | 11/21/2019 | N/A | Email | Micki Yolich | eeofficer; laborrelations | Communication relaying information to counsel re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 67 | 11/22/2019 | N/A | Email | Christopher Jensen | Micki Yolich | Communication from counsel discussing information gathering re internal EEO complaint by A. Saleh | Attorney Client Privilege; Attorney Work Product Protection |
| 68 | 11/22/2019 | N/A | Email | Micki Yolich | Christopher Jensen | Communication providing information to counsel re internal EEO complaint by A. Saleh | Attorney Client Privilege; Attorney Work Product Protection |
| 69 | 11/22/2019 | N/A | Email | Micki Yolich | Aaron Allen; Diane Bailey | Communication to counsel discussing information gathering re internal EEO complaint by A. Saleh | Attorney Client Privilege; Attorney Work Product Protection |
| 70 | 11/22/2019 | N/A | Email | Diane Bailey | Micki Yolich; Aaron Allen | Message including communication from counsel discussing information gathering re internal EEO complaint by A. Saleh | Attorney Client Privilege |
| 71 | 11/22/2019 | N/A | Email | Roberto Torres | Shavon Taylor; Christopher Jensen; George Kinlaw | Communication relaying information to counsel re EEO complaint against adjunct instructor | Attorney Client Privilege |
| 72 | 11/26/2019 | N/A | Email | George Kinlaw | Roberto Torres; Shavon Taylor; Christopher Jensen | Communication relaying information to counsel re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 73 | 11/26/2019 | N/A | Email | Micki Yolich | Roberto Torres | Message including communication from counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 74 | 12/5/2019 | N/A | Email | Roberto Torres | Anne Panomitros | Message including communication from counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 75 | 12/10/2019 | N/A | Email | Roberto Torres | Shavon Taylor; Christopher Jensen; George Kinlaw | Communication relaying information to counsel re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |

| Priv No. | Date | Bates Beg | Doc Type | Author | Recipient | Description | Basis |
|---|---|---|---|---|---|---|---|
| 76 | 12/10/2019 | N/A | Email | Christopher Jensen | Micki Yolich | Communication from counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 77 | 12/10/2019 | N/A | Email | Shavon Taylor | Roberto Torres; George Kinlaw | Message including communication from counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 78 | 12/10/2019 | N/A | Email | Micki Yolich | Christopher Jensen | Communication to counsel providing requested information re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 79 | 12/10/2019 | N/A | Email | Micki Yolich | Christopher Jensen | Communication to counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 80 | 12/10/2019 | N/A | Email | Micki Yolich | Diandra Ritchie | Message including communication from counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 81 | 12/10/2019 | N/A | Email | Micki Yolich | Diandra Ritchie | Communication relaying information gathering request from counsel re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 82 | 12/10/2019 | N/A | Email | Micki Yolich | Jordan Liphardt | Message including communication from counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 83 | 12/10/2019 | N/A | Email | eeofficer | Christopher Jensen | Communication to counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 84 | 12/11/2019 | N/A | Email | Christopher Jensen | Roberto Torres; Shavon Taylor; George Kinlaw | Communication from counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 85 | 12/11/2019 | N/A | Email | George Kinlaw | Christopher Jensen; Roberto Torres; Shavon Taylor | Communication to counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 86 | 12/11/2019 | N/A | Email | Micki Yolich | Emily Chu | Message including communication from counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 87 | 12/11/2019 | N/A | Email | eeofficer | Christopher Jensen | Communication to counsel discussing information gathering re EEO complaint against adjunct instructor | Attorney Client Privilege; Attorney Work Product Protection |
| 88 | 1/15/2020 | N/A | Email | Eileen Lynch | Christopher Jensen; Eugene Nichols; Aneesa Saleh | Communication to counsel seeking legal advice re labor arbitration | Attorney Client Privilege |
| 89 | 1/15/2020 | N/A | Email | Christopher Jensen | Eileen Lynch; Eugene Nichols; Aneesa Saleh | Communication from counsel re labor arbitration | Attorney Client Privilege |
| 90 | 1/16/2020 | N/A | Email | Aneesa Saleh | Christopher Jensen; Eileen Lynch; Eugene Nichols | Communication to counsel providing requested information re labor arbitration | Attorney Client Privilege |
| 91 | 1/16/2020 | N/A | Email | Christopher Jensen | Aneesa Saleh; Eileen Lynch; Eugene Nichols | Communication from counsel re labor arbitration | Attorney Client Privilege |
| 92 | 1/16/2020 | N/A | Email | Eileen Lynch | Christopher Jensen; Aneesa Saleh; Eugene Nichols | Communication to counsel providing requested information re labor arbitration | Attorney Client Privilege |
| 93 | 1/16/2020 | N/A | Email | Aneesa Saleh | Christopher Jensen; Eileen Lynch; Eugene Nichols | Communication to counsel providing requested information re labor arbitration | Attorney Client Privilege |
| 94 | 1/17/2020 | N/A | Email | Micki Yolich | compensation; Farley Dukes; Christopher Jensen; Araceli Falcon | Communication sending work product drafts re personnel changes for attorney review and comment | Attorney Client Privilege; Attorney Work Product Protection |

| Priv No. | Date | Bates Beg | Doc Type | Author | Recipient | Description | Basis |
|---|---|---|---|---|---|---|---|
| 95 | 1/22/2020 | N/A | Email | Micki Yolich | compensation; Farley Dukes; Christopher Jensen; Valerie Harper; Araceli Falcon | Communication sending work product drafts re personnel changes for attorney review and comment | Attorney Client Privilege; Attorney Work Product Protection |
| 96 | 1/22/2020 | N/A | Email | Farley Dukes | Micki Yolich; compensation; Christopher Jensen; Valerie Harper; Araceli Falcon | Communication sending work product drafts re personnel changes for attorney review and comment | Attorney Client Privilege; Attorney Work Product Protection |
| 97 | 1/22/2020 | N/A | Email | Valerie Harper | Micki Yolich | Communication from counsel requesting information re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 98 | 1/22/2020 | N/A | Email | Micki Yolich | Valerie Harper | Communication to counsel providing requested information re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 99 | 1/22/2020 | CCC_0051519 | Email | Micki Yolich | Christopher Jensen | Communication to counsel providing information re EEO complaint by A. Saleh for attorney review | Attorney Client Privilege; Attorney Work Product Protection |
| 100 | 2/5/2020 | N/A | Email | Katrina Pavlik | Janine Janosky; Alicia Rodriguez | Message including communications from counsel and work product re memorandum of understanding | Attorney Client Privilege; Attorney Work Product Protection |
| 101 | 2/5/2020 | N/A | Word Document | Sarah Olivarez | | Attorney work product re memorandum of understanding | Attorney Work Product Protection |
| 102 | 2/6/2020 | N/A | Email | Janine Janosky | Katrina Pavlik; Alicia Rodriguez | Message including communications from counsel and work product re memorandum of understanding | Attorney Client Privilege; Attorney Work Product Protection |
| 103 | 2/6/2020 | N/A | Email | Katrina Pavlik | Janine Janosky; Chandra Toussaint (Associate General Counsel); Alicia Rodriguez | Message including communications from counsel and work product re memorandum of understanding | Attorney Client Privilege; Attorney Work Product Protection |
| 104 | 2/6/2020 | N/A | Email | Chandra Toussaint | Katrina Pavlik; Janine Janosky; Alicia Rodriguez; Karla Gowen | Message including communications from counsel and work product re memorandum of understanding | Attorney Client Privilege; Attorney Work Product Protection |
| 105 | 2/11/2020 | CCC_0051308 | Email | Karla Gowen | Tracey Fleming; Juan Salgado | Communication from counsel providing legal advice to Board re personnel changes | Attorney Client Privilege |
| 106 | 2/12/2020 | N/A | Email | Valerie Harper | Aaron Allen; Diandra Ritchie; Micki Yolich | Communication from counsel requesting information re EEO complaint about R. Torres | Attorney Client Privilege; Attorney Work Product Protection |
| 107 | 2/12/2020 | N/A | Email | Tracey Fleming | Walter E. Massey Ph. D.; Juan Salgado; Karla Gowen | Communication relaying information and legal advice from counsel re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 108 | 2/12/2020 | N/A | Email | Tracey Fleming | Tracey Fleming; Juan Salgado; Karla Gowen; Mark Potter | Communication relaying information and legal advice from counsel re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 109 | 2/13/2020 | CCC_0051552 | Email | Micki Yolich | compensation; Valerie Harper; Christopher Jensen | Communication to counsel enclosing work product re personnel changes for attorney review | Attorney Client Privilege; Attorney Work Product Protection |
| 110 | 2/13/2020 | N/A | Email | Jessica Hollie | Karla Gowen | Communication to counsel enclosing work product re personnel changes for attorney review | Attorney Client Privilege; Attorney Work Product Protection |
| 111 | 2/13/2020 | N/A | Email | Micki Yolich | Valerie Harper | Communication to counsel providing information re complaint of E. Rubio re Daley athletics | Attorney Client Privilege; Attorney Work Product Protection |
| 112 | 2/13/2020 | N/A | Email | Micki Yolich | Valerie Harper | Communication to counsel providing information re internal complaint against professor | Attorney Client Privilege; Attorney Work Product Protection |
| 113 | 2/14/2020 | N/A | Email | Katheryn Hayes | Juan Salgado; Eric Lugo; Karla Gowen; Janine Janosky | Communication to counsel requesting review of work product and legal advice re media inquiry re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 114 | 2/14/2020 | N/A | Email | Karla Gowen | Katheryn Hayes; Juan Salgado; Eric Lugo; Janine Janosky | Communication from counsel providing legal advice re work product re media inquiry re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 115 | 2/14/2020 | N/A | Email | Katheryn Hayes | Karla Gowen; Juan Salgado; Eric Lugo; Janine Janosky | Communication to counsel providing information and requesting legal advice re work product re media inquiry re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 116 | 2/14/2020 | N/A | Email | Karla Gowen | Katheryn Hayes; Juan Salgado; Eric Lugo; Janine Janosky | Communication from counsel providing legal advice re work product re media inquiry re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |

| Priv No. | Date | Bates Beg | Doc Type | Author | Recipient | Description | Basis |
|---|---|---|---|---|---|---|---|
| 117 | 2/14/2020 | N/A | Email | Katheryn Hayes | Karla Gowen; Juan Salgado; Eric Lugo; Janine Janosky | Communication to counsel providing information and containing legal advice re work product re media inquiry re personnel changes | Attorney Client Privilege |
| 118 | 2/14/2020 | N/A | Email | Juan Salgado | Katheryn Hayes; Karla Gowen; Eric Lugo; Janine Janosky | Message containing communication from counsel providing legal advice re work product re media inquiry re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 119 | 2/14/2020 | N/A | Email | Juan Salgado | Katheryn Hayes; Karla Gowen; Eric Lugo; Janine Janosky | Message containing communication from counsel providing legal advice re work product re media inquiry re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 120 | 2/17/2020 | N/A | Email | Janine Janosky | Janine Janosky | Message containing communication from counsel providing legal advice re work product re media inquiry re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 121 | 2/17/2020 | N/A | Email | Janine Janosky | Janine Janosky | Message containing communication from counsel providing legal advice re work product re media inquiry re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 122 | 2/18/2020 | N/A | Email | Valerie Harper | Aaron Allen; Micki Yolich; Eugene Nichols | Communication from counsel re information gathering and providing legal advice re impending litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 123 | 2/19/2020 | CCC_0051189 | Email | Micki Yolich | Valerie Harper; Aaron Allen; Eugene Nichols | Communication to counsel providing requested information re personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 124 | 2/19/2020 | N/A | Email | Valerie Harper | Aaron Allen; Micki Yolich | Communication from counsel requesting information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 125 | 2/19/2020 | N/A | Email | Chandra Toussaint | Janine Janosky; Anne Panomitros; Michelle Crawley | Communication from counsel requesting information regarding FOIA request | Attorney Client Privilege; Attorney Work Product Protection |
| 126 | 2/20/2020 | N/A | Email | Janine Janosky | Janine Janosky | Message containing communication from counsel requesting information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 127 | 2/20/2020 | N/A | PDF | Chandra Toussaint | Janine Janosky; Anne Panomitros; Michelle Crawley | PDF document including communications from counsel requesting information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 128 | 2/21/2020 | N/A | Email | Janine Janosky | Chandra Toussaint; Michelle Crawley; Anne Panomitros; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 129 | 2/21/2020 | N/A | PDF | Chandra Toussaint | Janine Janosky; Anne Panomitros; Michelle Crawley | PDF document including communications from counsel requesting information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 130 | 2/21/2020 | N/A | Email | Valerie Harper | Aaron Allen; Micki Yolich | Communication from counsel requesting information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 131 | 2/22/2020 | N/A | Email | Micki Yolich | Valerie Harper; Aaron Allen | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 132 | 2/22/2020 | N/A | Email | Valerie Harper | Micki Yolich | Communication from counsel requesting information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 133 | 2/26/2020 | N/A | Email | Aaron Allen | Valerie Harper | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 134 | 2/26/2020 | N/A | Email | Michelle Crawley | Sarah Rhee; Valerie Harper | Message relaying communication from counsel requesting information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 135 | 2/27/2020 | N/A | Email | Valerie Harper | Micki Yolich | Communication from counsel requesting information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 136 | 2/27/2020 | CCC_0051531 | Email | Micki Yolich | Valerie Harper | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 137 | 2/28/2020 | N/A | Email | Sarah Rhee | Michelle Crawley; Valerie Harper | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |

| Priv No. | Date | Bates Beg | Doc Type | Author | Recipient | Description | Basis |
|---|---|---|---|---|---|---|---|
| 138 | 2/28/2020 | N/A | Email | Michelle Crawley | Sarah Rhee | Message including communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 139 | 3/3/2020 | N/A | Email | Chandra Toussaint | Janine Janosky; Michelle Crawley; Anne Panomitros | Communication from counsel requesting information re FOIA request | Attorney Client Privilege |
| 140 | 3/3/2020 | N/A | Email | Janine Janosky | Chandra Toussaint; Michelle Crawley; Anne Panomitros; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 141 | 3/3/2020 | N/A | Email | Janine Janosky | Chandra Toussaint; Michelle Crawley; Anne Panomitros; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 142 | 3/3/2020 | N/A | Email | Janine Janosky | Chandra Toussaint; Michelle Crawley; Anne Panomitros; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 143 | 3/3/2020 | N/A | Email | Janine Janosky | Chandra Toussaint; Michelle Crawley; Anne Panomitros; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 144 | 3/3/2020 | N/A | Email | Janine Janosky | Chandra Toussaint; Michelle Crawley; Anne Panomitros; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 145 | 3/3/2020 | N/A | Email | Janine Janosky | Chandra Toussaint; Anne Panomitros; Janine Janosky | Communication to counsel providing requested information re FOIA request | Attorney Client Privilege; Attorney Work Product Protection |
| 146 | 3/3/2020 | N/A | Email | Chandra Toussaint | Janine Janosky; Michelle Crawley; Anne Panomitros | Message including communication to counsel providing requested information re FOIA request | Attorney Client Privilege; Attorney Work Product Protection |
| 147 | 3/3/2020 | N/A | Email | Anne Panomitros | Chandra Toussaint; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 148 | 3/3/2020 | N/A | Email | Anne Panomitros | Chandra Toussaint; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 149 | 3/3/2020 | N/A | Email | Anne Panomitros | Chandra Toussaint; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 150 | 3/3/2020 | N/A | Email | Anne Panomitros | Chandra Toussaint | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 151 | 3/3/2020 | N/A | Email | Chandra Toussaint | Janine Janosky; Anne Panomitros | Message including communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 152 | 3/6/2020 | N/A | PDF | Anne Panomitros | Chandra Toussaint | PDF document including communications to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 153 | 3/6/2020 | N/A | Email | Valerie Harper | Micki Yolich | Communication from counsel requesting information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 154 | 3/6/2020 | N/A | Email | Chandra Toussaint | Anne Panomitros | Communication from counsel requesting information re FOIA request | Attorney Client Privilege; Attorney Work Product Protection |
| 155 | 3/6/2020 | N/A | Email | Anne Panomitros | Chandra Toussaint | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 156 | 3/6/2020 | N/A | Email | Anne Panomitros | Chandra Toussaint; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 157 | 3/6/2020 | N/A | Email | Anne Panomitros | Chandra Toussaint; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 158 | 3/6/2020 | N/A | Email | Anne Panomitros | Chandra Toussaint; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 159 | 3/6/2020 | N/A | Email | Chandra Toussaint | Janine Janosky | Communication from counsel requesting information regarding FOIA request | Attorney Client Privilege; Attorney Work Product Protection |
| 160 | 3/6/2020 | N/A | Email | Janine Janosky | Chandra Toussaint; Michelle Crawley; Janine Janosky; Anne Panomitros | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 161 | 3/6/2020 | N/A | Email | Anne Panomitros | Chandra Toussaint | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |

| Priv No. | Date | Bates Beg | Doc Type | Author | Recipient | Description | Basis |
|---|---|---|---|---|---|---|---|
| 162 | 3/6/2020 | CCC_0051554 | Email | Chandra Toussaint | Anne Panomitros | Communication from counsel requesting information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 163 | 3/6/2020 | CCC_0051555 | Email | Janine Janosky | Chandra Toussaint; Michelle Crawley; Anne Panomitros; Janine Janosky | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 164 | 3/6/2020 | N/A | Email | Anne Panomitros | Chandra Toussaint | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 165 | 3/9/2020 | N/A | Email | Carol Dunning | Karla Gowen; Tracey Fleming | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 166 | 3/10/2020 | N/A | Email | Tracey Fleming | Juan Salgado; Karla Gowen; Mark Potter; Kasia Sanchez | Communication including request for legal advice re counsel re Board meeting and COVID-19 | Attorney Client Privilege |
| 167 | 3/10/2020 | N/A | Email | Kasia Sanchez | Tracey Fleming; Juan Salgado; Karla Gowen; Mark Potter | Communication including request for legal advice re counsel re Board meeting and COVID-19 | Attorney Client Privilege |
| 168 | 3/17/2020 | N/A | Email | Valerie Harper | Carol Dunning; Eugene Nichols; Michelle Crawley | Communication from counsel requesting information regarding EEOC charges | Attorney Client Privilege; Attorney Work Product Protection |
| 169 | 3/17/2020 | N/A | Email | Carol Dunning | Valerie Harper; Eugene Nichols; Michelle Crawley; Aaron Allen | Communication to counsel providing requested information regarding EEOC charges | Attorney Client Privilege; Attorney Work Product Protection |
| 170 | 3/17/2020 | N/A | Email | Valerie Harper | Donna Melson; Carol Dunning; Ralph Passarelli; Michelle Crawley | Communication from counsel requesting information regarding COBRA obligations | Attorney Client Privilege; Attorney Work Product Protection |
| 171 | 3/17/2020 | N/A | Email | Carol Dunning | Donna Melson | Message including communication from counsel requesting information regarding potential litigation and request for legal advice re COBRA obligations | Attorney Client Privilege; Attorney Work Product Protection |
| 172 | 3/17/2020 | N/A | Email | Donna Melson | Valerie Harper; Carol Dunning; Ralph Passarelli; Michelle Crawley | Communication to counsel providing requested information regarding COBRA obligations | Attorney Client Privilege; Attorney Work Product Protection |
| 173 | 3/17/2020 | N/A | Email | Donna Melson | Carol Dunning | Communication to counsel providing requested information regarding COBRA obligations | Attorney Client Privilege; Attorney Work Product Protection |
| 174 | 3/17/2020 | N/A | Email | Carol Dunning | Donna Melson | Message including communication from counsel requesting information regarding potential litigation and request for legal advice re COBRA obligations | Attorney Client Privilege; Attorney Work Product Protection |
| 175 | 3/18/2020 | N/A | Email | Michelle Crawley | Micki Yolich; Aaron Allen; Valerie Harper | Message relaying request from counsel for information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 176 | 3/18/2020 | N/A | Email | Donna Melson | Valerie Harper; Carol Dunning; Ralph Passarelli; Michelle Crawley | Communication to counsel providing requested information regarding COBRA obligations | Attorney Client Privilege; Attorney Work Product Protection |
| 177 | 3/18/2020 | N/A | Email | Carol Dunning | Donna Melson; Valerie Harper; Ralph Passarelli; Michelle Crawley | Communication to counsel providing requested information regarding COBRA obligations | Attorney Client Privilege; Attorney Work Product Protection |
| 178 | 3/18/2020 | N/A | Email | Valerie Harper | Carol Dunning; Donna Melson | Message including communication to counsel providing requested information regarding COBRA obligations | Attorney Client Privilege; Attorney Work Product Protection |
| 179 | 3/18/2020 | N/A | Email | Micki Yolich | Michelle Crawley; Aaron Allen; Valerie Harper | Communication to counsel regarding providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 180 | 3/18/2020 | N/A | Email | Micki Yolich | Michelle Crawley; Valerie Harper, Aaron Allen | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 181 | 3/18/2020 | N/A | Email | Micki Yolich | Christopher Jensen | Communication to counsel containing attorney work product. and seeking attorney review re potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 182 | 3/18/2020 | N/A | Email | Micki Yolich | Michelle Crawley; Valerie Harper; Aaron Allen | Communication to counsel regarding information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 183 | 3/18/2020 | N/A | Email | eeofficer | Michelle Crawley; Valerie Harper; Aaron Allen | Communication to counsel providing requested information regarding internal investigation of confidentiality in personnel changes | Attorney Client Privilege; Attorney Work Product Protection |
| 184 | 3/18/2020 | N/A | Email | Michelle Crawley | Micki Yolich | Message including communication from counsel requesting information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |

| Priv No. | Date | Bates Beg | Doc Type | Author | Recipient | Description | Basis |
|---|---|---|---|---|---|---|---|
| 185 | 3/18/2020 | N/A | Email | Micki Yolich | Aaron Allen | Message including communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 186 | 3/18/2020 | N/A | Email | Aaron Allen | Micki Yolich | Message including communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 187 | 3/20/2020 | N/A | Email | Michelle Crawley | Carol Dunning; Eugene Nichols; Valerie Harper | Message relaying request from counsel for information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 188 | 3/20/2020 | N/A | Email | Eugene Nichols | Michelle Crawley; Carol Dunning; Valerie Harper | Message relaying request from counsel for information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 189 | 3/20/2020 | N/A | Email | Michelle Crawley | Eugene Nichols; Carol Dunning ; Valerie Harper | Message relaying request from counsel for information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 190 | 3/20/2020 | N/A | Email | Eugene Nichols | Michelle Crawley; Carol Dunning; Edgar Rios ; Valerie Harper | Message relaying request from counsel for information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 191 | 3/20/2020 | N/A | Email | Edgar Rios | Eugene Nichols; Michelle Crawley; Carol Dunning; Valerie Harper | Communication to counsel providing requested information regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 192 | 3/25/2020 | N/A | Email | Carol Dunning | Michelle Crawley; Valerie Harper | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 193 | 3/25/2020 | N/A | Email | Aaron Allen | Michelle Crawley; Valerie Harper | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 194 | 3/25/2020 | N/A | Email | Janine Janosky | Michelle Crawley ; Valerie Harper | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 195 | 3/25/2020 | N/A | Email | Anne Panomitros | Michelle Crawley | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 196 | 3/25/2020 | N/A | Email | Janine Janosky | Michelle Crawley; Valerie Harper | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 197 | 3/25/2020 | N/A | Email | Diandra Ritchie | Michelle Crawley; Valerie Harper | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 198 | 3/25/2020 | N/A | Email | Anne Panomitros | Michelle Crawley | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 199 | 3/25/2020 | N/A | Email | Jessica Hollie | Michelle Crawley; Valerie Harper | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 200 | 3/25/2020 | N/A | Email | Jessica Hollie | Michelle Crawley; Valerie Harper | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 201 | 3/25/2020 | N/A | Email | Michelle Crawley | Aaron Allen; Valerie Harper | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 202 | 3/25/2020 | N/A | Email | Valerie Harper | Aaron Allen; Michelle Crawley | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 203 | 3/25/2020 | N/A | Email | Juan Salgado | Michelle Crawley; Valerie Harper | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 204 | 3/25/2020 | N/A | Email | Aaron Allen | Valerie Harper; Michelle Crawley | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 205 | 3/25/2020 | N/A | Email | Micki Yolich | Michelle Crawley; Valerie Harper | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 206 | 3/25/2020 | N/A | Email | Diane Bailey | Michelle Crawley | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 207 | 3/26/2020 | N/A | Email | Eugene Nichols | Michelle Crawley | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege |
| 208 | 3/27/2020 | N/A | Email | Valerie Harper | Janine Janosky; Michelle Crawley | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |

| Priv No. | Date | Bates Beg | Doc Type | Author | Recipient | Description | Basis |
|---|---|---|---|---|---|---|---|
| 209 | 3/27/2020 | N/A | Word Document | Ian Fisher | | Attorney work product requesting information re potential litigation | Attorney Work Product Protection |
| 210 | 3/30/2020 | N/A | Email | Christopher Jensen | Eugene Nichols | Communication from counsel requesting information regarding unemployment claim | Attorney Client Privilege; Attorney Work Product Protection |
| 211 | 3/30/2020 | N/A | Email | Eugene Nichols | Christopher Jensen | Communication to counsel providing requested information regarding unemployment claim | Attorney Client Privilege; Attorney Work Product Protection |
| 212 | 3/30/2020 | N/A | Email | Kasia Sanchez | Juan Salgado | Message containing communication from counsel providing legal advice regarding potential litigation | Attorney Client Privilege; Attorney Work Product Protection |
| 213 | 3/30/2020 | N/A | Email | Christopher Jensen | Eugene Nichols | Communication from counsel requesting information regarding unemployment claim | Attorney Client Privilege; Attorney Work Product Protection |
| 214 | 3/30/2020 | N/A | Email | Eugene Nichols | Christopher Jensen | Message containing communication from counsel requesting information regarding unemployment claim | Attorney Client Privilege; Attorney Work Product Protection |
| 215 | 3/30/2020 | N/A | Email | Valerie Harper | Eugene Nichols; Carol Dunning | Communication from counsel requesting information regarding unemployment claims | Attorney Client Privilege; Attorney Work Product Protection |
| 216 | 3/30/2020 | N/A | Email | Eugene Nichols | Valerie Harper; Carol Dunning | Communication to counsel providing requested information regarding unemployment claim | Attorney Client Privilege; Attorney Work Product Protection |
| 217 | 3/30/2020 | N/A | Email | Valerie Harper | Eugene Nichols; Carol Dunning | Communication from counsel providing legal advice regarding unemployment claim | Attorney Client Privilege |
| 218 | 3/30/2020 | N/A | Email | Eugene Nichols | Valerie Harper; Farley Dukes; Carol Dunning | Communication to counsel regarding legal advice provided regarding unemployment claim | Attorney Client Privilege |
| 219 | 3/31/2020 | N/A | Email | Farley Dukes | Eugene Nichols; Valerie Harper ; Carol Dunning | Communication to counsel providing requested information regarding unemployment claim | Attorney Client Privilege; Attorney Work Product Protection |
| 220 | 3/31/2020 | N/A | Email | Carol Dunning | Farley Dukes; Eugene Nichols; Valerie Harper | Communication to counsel providing requested information regarding unemployment claim | Attorney Client Privilege; Attorney Work Product Protection |
| 221 | 3/31/2020 | N/A | Email | Farley Dukes | Eugene Nichols; Valerie Harper; Carol Dunning | Communication to counsel providing requested information regarding unemployment claim | Attorney Client Privilege; Attorney Work Product Protection |
| 222 | 7/23/2020 | N/A | Email | Araceli Falcon | Tiya Thomas | Message containing communications to counsel providing requested information re Kendra Marlowe matter | Attorney Work Product Protection |
| 223 | 7/23/2020 | N/A | PDF | Araceli Falcon | Valerie Harper; Eugene Nichols | PDF document including communications to counsel providing requested information re Kendra Marlowe matter | Attorney Client Privilege; Attorney Work Product Protection |
| 224 | 2/19/2020 | N/A | Email | Eugene Nichols | Katherine Cosic (Associate General Counsel), Araceli Falcon, Carol Dunning | Communication to counsel providing requested information regarding FOIA request | Attorney Client Privilege; Attorney Work Product |
| 225 | 12/10/2019 | N/A | Email | Carol Dunning | Christopher Jensen | Communication to counsel providing requested information regarding Marla Mutis matter | Attorney Client Privilege; Attorney Work Product |
| 226 | 10/28/2019 | N/A | Email | Micki Yolich | Micki Yolich | Message forwarding communication from counsel containing legal advice and attorney work product re labor arbitration | Attorney Client Privilege; Attorney Work Product |
| 227 | 11/11/2020 | N/A | Email | Ian Fisher (outside counsel for CCC) | Jesse Kehr (outside paralegal for CCC) | Message from counsel forwarding communications to counsel providing requested information re litigation | Attorney Client Privilege; Attorney Work Product |
| 228 | 5/2/2022 | N/A | Email | Janine Janosky | Valerie Harper, Ian Fisher | Communication to counsel providing requested information regarding this litigation | Attorney Client Privilege; Attorney Work Product |
| 229 | 5/2/2022 | N/A | Email | Reginald Lys (outside counsel for CCC) | Gina Mandarino (outside paralegal for CCC) | Message from counsel forwarding communications to counsel providing requested information re litigation | Attorney Client Privilege; Attorney Work Product |
| 230 | 5/2/2022 | N/A | Email | Reginald Lys | Gina Mandarino | Message from counsel forwarding communications to counsel providing requested information re litigation | Attorney Client Privilege; Attorney Work Product |

| Priv No. | Date | Bates Beg | Doc Type | Author | Recipient | Description | Basis |
|---|---|---|---|---|---|---|---|
| 231 | 5/2/2022 | N/A | Email | Reginald Lys | Gina Mandarino | Message from counsel forwarding communications to counsel providing requested information re litigation | Attorney Client Privilege; Attorney Work Product |
| 232 | 5/2/2022 | N/A | Email | Janine Janosky | Valerie Harper, Ian Fisher | Communication to counsel providing requested information regarding this litigation | Attorney Client Privilege; Attorney Work Product |
| 233 | 5/2/2022 | N/A | Email | Janine Janosky | Valerie Harper, Ian Fisher | Communication to counsel providing requested information regarding this litigation | Attorney Client Privilege; Attorney Work Product |
| 234 | 1/5/2023 | N/A | Email | Valerie Harper | Michelle Crawley, Benjamin Morrell (outside counsel for CCC) | Communication to counsel providing requested information regarding this litigation | Attorney Client Privilege; Attorney Work Product |
| 235 | 1/5/2023 | N/A | Email | Ian Fisher | Benjamin Morrell | Message forwarding ommunication to counsel providing requested information regarding this litigation | Attorney Client Privilege; Attorney Work Product |