# Morrell, Benjamin S.

| | |
|---|---|
| **From:** | Morrell, Benjamin S. |
| **Sent:** | Friday, May 19, 2023 6:12 PM |
| **To:** | Megan O'Malley; Alex Raynor |
| **Cc:** | Fisher, Ian H. |
| **Subject:** | Lynch v. CCC - amended privilege log |
| **Attachments:** | CCC's Amended ESI Privilege Log.pdf |

Counsel,

Attached please find CCC's amended ESI privilege log. Please let us know if you have any questions or would like to discuss.

Thanks,

Ben



**Benjamin S. Morrell,** Attorney
Employment & Labor Relations
Direct: 312.840.4489 | Office Ext: 34489
Taft Office: Chicago