# Morrell, Benjamin S.

| | |
|---|---|
| **From:** | Megan O'Malley <momalley@ompc-law.com> |
| **Sent:** | Friday, May 19, 2023 4:16 PM |
| **To:** | Fisher, Ian H.; Morrell, Benjamin S. |
| **Cc:** | Alex Raynor |
| **Subject:** | Lynch et al. v. CCC - Third Joint Motion to Resolve Discovery Disputes |
| **Attachments:** | Third Joint Motion to Resolve Discovery Disputes - Sent to Def 5-19-23.docx |

Counsel:

Attached please find Plaintiff's draft of the Third Joint Motion to Resolve Discovery Disputes, with placeholders for Defendant's position. Please have your positions to us no later than Tuesday, May 23 at 12 p.m. noon so that we can review your portions, make any necessary adjustments, and finalize the motion and get it filed.

Please also note that we do not believe any of the CCC produced e-mails, cited in the motion, are properly designated as confidential. And, certainly, there is no basis to seal any of them. We, thus, intend to file them with the motion.

Should you have any questions, feel free to contact us.

Thanks,
Megan

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.