# Morrell, Benjamin S.

| | |
|---|---|
| **From:** | Alex Raynor <alex.raynor@ompc-law.com> |
| **Sent:** | Monday, May 22, 2023 12:30 PM |
| **To:** | Morrell, Benjamin S.; Megan O'Malley |
| **Cc:** | Fisher, Ian H. |
| **Subject:** | Re: Lynch v. CCC - amended privilege log |

Counsel,

Thank you for sending us your amended log. As this was sent after hours on Friday, we have just now had an opportunity to review the entries we reference in our motion to compel. Based on your changes, we will agree to withdraw our motion as to Entries 94, 113-115, and 117-121. We intend to send you updated language for the background portion of our motion to account for this change. That said, we will continue to move on Entries 95-98, 105, 107-110, 116, 123, and 183 as we do not believe these are privileged, even with your amendments. Since there are no significant changes to the motion, we still expect to receive your portion by noon tomorrow so that we can get this before the court as soon as possible.

Best,
Alex

**From:** Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Sent:** Friday, May 19, 2023 6:11 PM
**To:** Megan O'Malley <momalley@ompc-law.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Cc:** Fisher, Ian H. <IFisher@taftlaw.com>
**Subject:** Lynch v. CCC - amended privilege log

Counsel,

Attached please find CCC's amended ESI privilege log. Please let us know if you have any questions or would like to discuss.

Thanks,

Ben



**Benjamin S. Morrell**
Attorney
BMorrell@taftlaw.com
Dir: 312.840.4489
Tel: 312.527.4000  |  Fax: 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.