**Morrell, Benjamin S.**

| | |
|---|---|
| **From:** | Morrell, Benjamin S. |
| **Sent:** | Monday, May 22, 2023 6:23 PM |
| **To:** | Megan O'Malley; Alex Raynor |
| **Cc:** | Fisher, Ian H. |
| **Subject:** | RE: Lynch v. CCC - amended privilege log |

Megan,

We agree that the parties are now at issue under Local Rule 37.2 regarding the revised list of privilege log entries Alex sent to us earlier this afternoon. We also agree we will need to provide Defendant's portion of the joint brief. But, your proposed deadline of noon tomorrow is neither realistic nor fair.

At nearly the close of business on Friday afternoon, we first received a 9-page document containing Plaintiffs' side of the draft joint motion with your request that we provide Defendant's portion of the brief in less than two business days. And, we received a revised draft of Plaintiffs' side of the motion just a couple hours ago (in response to the amended privilege log we sent to you late Friday). It is unreasonable to expect us to draft a response before the parties were fully at issue and while you were still revising Plaintiffs' draft of the motion. And, fair or not, we need more time to do so than the 21 hours you have proposed.

We will plan to send over our portion of the joint motion on Thursday. We think this is a reasonable amount of time to respond to Plaintiffs' arguments.



**Benjamin S. Morrell**, Attorney
Employment & Labor Relations
Direct: 312.840.4489 | Office Ext: 34489
Taft Office: Chicago

---

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Monday, May 22, 2023 2:44 PM
**To:** Alex Raynor <alex.raynor@ompc-law.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Cc:** Fisher, Ian H. <IFisher@taftlaw.com>
**Subject:** Re: Lynch v. CCC - amended privilege log

Attached is the updated version in both Word (clean) and a pdf version that shows the tracked changes for your convenience. You will see that the very few substantive changes are almost entirely within one paragraph and in the footnote on page 6. Please insert Defendant's response positions into this version.

Thank you,

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605

phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.

---

**From:** Alex Raynor <alex.raynor@ompc-law.com>
**Sent:** Monday, May 22, 2023 12:29 PM
**To:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Megan O'Malley <momalley@ompc-law.com>
**Cc:** Fisher, Ian H. <IFisher@taftlaw.com>
**Subject:** Re: Lynch v. CCC - amended privilege log

Counsel,

Thank you for sending us your amended log. As this was sent after hours on Friday, we have just now had an opportunity to review the entries we reference in our motion to compel. Based on your changes, we will agree to withdraw our motion as to Entries 94, 113-115, and 117-121. We intend to send you updated language for the background portion of our motion to account for this change. That said, we will continue to move on Entries 95-98, 105, 107-110, 116, 123, and 183 as we do not believe these are privileged, even with your amendments. Since there are no significant changes to the motion, we still expect to receive your portion by noon tomorrow so that we can get this before the court as soon as possible.

Best,
Alex

---

**From:** Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Sent:** Friday, May 19, 2023 6:11 PM
**To:** Megan O'Malley <momalley@ompc-law.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Cc:** Fisher, Ian H. <IFisher@taftlaw.com>
**Subject:** Lynch v. CCC - amended privilege log

Counsel,

Attached please find CCC's amended ESI privilege log. Please let us know if you have any questions or would like to discuss.

Thanks,

Ben



**Benjamin S. Morrell**
Attorney
BMorrell@taftlaw.com
**Dir:** 312.840.4489
**Tel:** 312.527.4000   |   **Fax:** 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.