UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| EILEEN LYNCH, ERIN RUBIO, and ANEESA SALEH, | ) ) ) |
| Plaintiffs, | ) ) Case No. 2021-cv-00366 |
| v. | ) ) Judge Sara L. Ellis |
| BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 508 d/b/a CITY COLLEGES OF CHICAGO, | ) ) Magistrate Judge Sheila M. Finnegan ) ) ) ) |
| Defendant. | ) ) |

**PLAINTIFFS' MOTION TO ACCEPT THE OVERSIZED
THIRD JOINT MOTION TO RESOLVE DISCOVERY DISPUTES**

Plaintiffs, by and through their undersigned counsel, hereby move this Honorable Court to accept the parties' Third Joint Motion to Resolve Discovery Disputes, and in support of which motion respectfully state the following.

1. Following multiple attempts to arrive at a resolution, the parties have reached an impasse on certain issues involving discovery disputes, and in particular with respect to Defendant's Second Amended Privilege Log, and seek to file a motion for the Court's assistance.

2. The parties have worked to prepare the Third Joint Motion to Resolve Discovery Disputes and have exchanged drafts and finalized the joint motion, but find that the motion exceeds the Court's proscription of its standing order on the length of such motions, with both parties having exceeded 5 pages of briefing their own positions.

3. While mindful of the Court's standing order, given the scope of impasse items and the serious nature of the dispute, which Plaintiff contends demonstrates not only Defendant's lack of compliance with prior Court orders but potentially an attempt to willfully

hide critical documentary evidence for an extended period of time under the guise of highly suspect claim of privilege, thereby requiring stricter scrutiny of Defendant's continued claims of privilege, so that the parties could get their respective positions on one document, it was not possible for the parties to meet the limitation of the standing order.

      4.      Because it is important for the Court to have the benefit of the full background necessary for resolution of the disputes and of the parties' full positions on these issues, Plaintiffs respectfully request that the Court accept the joint motion as filed even though it is oversized.

      WHEREFORE, Plaintiffs respectfully request that this Court grant this motion and accept for consideration the oversized Third Joint Motion to Resolve Discovery Disputes.

      Respectfully Submitted,

/s/__M. Megan O'Malley_____
*Attorney for Plaintiffs*

Dated: May 25, 2023

M. Megan O'Malley
John P. Madden
O'Malley & Madden, P.C.
542 So. Dearborn St. Suite 660
Chicago, Illinois 60605
312-697-1382
momalley@omp-law.com
ARDC No. 6243598