# EXHIBIT 3

## Morrell, Benjamin S.

| | |
|---|---|
| **From:** | Morrell, Benjamin S. |
| **Sent:** | Thursday, May 25, 2023 1:19 PM |
| **To:** | Fisher, Ian H.; Megan O'Malley |
| **Cc:** | Alex Raynor |
| **Subject:** | RE: Lynch v. CCC |
| **Attachments:** | Third Joint Motion to Resolve Discovery Disputes with CCC's positions 5-25-23.docx; Ex. 3 - 5-19-23 Email enclosing joint motion.pdf; Ex. 4 - 5-22-23 Email from A. Raynor.pdf; Ex. 5 - 5-22-23 Email enclosing revised joint motion.pdf; Ex. 6 - 5-22-23 B. Morrell email to Pls.' counsel.pdf; Ex. 7 - 5-22-23 Email from M. O'Malley.pdf; Ex. 8 - 5-23-23 Email from M. O'Malley.pdf; Ex. 9 - 5-23-23 I. Fisher Email to Pls.' counsel.pdf; Ex. 1 - 5-19-23 Email enclosing amended privilege log.pdf; Ex. 2 - Third Joint Motion to Resolve Discovery Disputes - Sent to Def 5-19-23.pdf |

Megan,

Attached please find the draft joint motion with CCC's positions inserted, along with CCC's accompanying exhibits. If subsequent changes are made to Plaintiffs' positions, please send the new draft to us so we can review the revisions.

Also, although we are fairly certain of what Plaintiffs' proposed exhibits are, please send them to us so we can review.

Finally, we have an update regarding your prior request for the contact information of two students. We can confirm that letters containing FERPA notices were sent to both students today.

Thanks,

Ben



**Benjamin S. Morrell,** Attorney
Employment & Labor Relations
Direct: 312.840.4489 | Office Ext: 34489
Taft Office: Chicago

---

**From:** Fisher, Ian H. <IFisher@taftlaw.com>
**Sent:** Thursday, May 25, 2023 11:27 AM
**To:** Megan O'Malley <momalley@ompc-law.com>
**Cc:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** RE: Lynch v. CCC

Megan,
As we have repeatedly stated, we will have our portion to you today. We will not, however, be able to get it to you by 1 p.m. And, we will not agree to you revising the joint motion and filing it without giving us a chance to see the revisions.

Also, I just called you (as discussed by email yesterday) about settlement and left a message. Let me know when you can discuss.

1

Best,
Ian



**Ian H. Fisher,** Partner
Litigation
Direct: 312.836.4043 | Office Ext: 34043
Taft Office: Chicago

---

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Thursday, May 25, 2023 11:03 AM
**To:** Fisher, Ian H. <IFisher@taftlaw.com>
**Cc:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Re: Lynch v. CCC

Gentlemen:

You have refused every reasonable request to provide your portion of the motion in a timely fashion. I am going to have to file a Plaintiff's motion only. I have given you plenty of time to get me your portion and I will not have time to go back and forth any further. If I don't receive your portion by 1 p.m. today, we will proceed with filing a Plaintiff's motion only. Also, even if I receive your portion by 1 p.m., as I have other commitments this afternoon, I will not be able to go back and forth and wait for you to review any adjustments we may make. Accordingly, we will insert your portion, make our adjustments, and file the motion without further exchanges between us. As we will obviously not make any changes to your portion, your signature will only affirm your agreement with your portion and so this is how we must proceed in order to get this motion filed today and presented to the Court in a timely fashion.

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.

---

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Wednesday, May 24, 2023 7:59 PM
**To:** Fisher, Ian H. <IFisher@taftlaw.com>
**Cc:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Re: Lynch v. CCC

I am free between 10:30 am and 12 pm.

Can I please also have your portion to the motion? Thanks.

Get Outlook for iOS

---

**From:** Fisher, Ian H. <IFisher@taftlaw.com>
**Sent:** Wednesday, May 24, 2023 6:45:05 PM
**To:** Megan O'Malley <momalley@ompc-law.com>
**Cc:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Lynch v. CCC

Megan,
Are you available tomorrow for a brief telephone discussion concerning settlement?  We are relatively flexible if you wish to propose a couple of times.
Best,
Ian



**Ian H. Fisher**
Partner
IFisher@taftlaw.com
**Dir:** 312.836.4043
**Tel:** 312.527.4000   |   **Fax:** 312.668.8905
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.