# EXHIBIT 7

## Morrell, Benjamin S.

| | |
|---|---|
| **From:** | Camille Baylis <Camille.Baylis@ompc-law.com> |
| **Sent:** | Thursday, May 25, 2023 4:24 PM |
| **To:** | Fisher, Ian H.; Morrell, Benjamin S. |
| **Cc:** | Megan O'Malley; Alex Raynor |
| **Subject:** | Lynch v. CCC |
| **Attachments:** | Exhibit A - 4-4-2023 Email.pdf; Exhibit B - 4-5-2023 Email.pdf; Exhibit C - CCC_0051138.pdf; Exhibit D - CCC_0051177.pdf; Exhibit E - CCC_51232-33.pdf; Exhibit F - CCC_0051180.pdf; Exhibit I - CCC's ESI Privilege Log 4-20-23.pdf; Exhibit J - CCC's Amended Privilege Log 5-19-23.pdf; Exhibit K - April 27 Letter to Taft.pdf; Exhibit G - CCC_11038-42.pdf; Exhibit H - 4-20-2023 Emails.pdf |

Counsel--

Please find attached Plaintiffs exhibits for the Third Joint Motion to Compel to Resolve Discovery Disputes.

Thank you,

Camille Baylis
Law Clerk
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605

1