# EXHIBIT 9

## Morrell, Benjamin S.

| | |
|---|---|
| **From:** | Fisher, Ian H. |
| **Sent:** | Thursday, May 25, 2023 4:47 PM |
| **To:** | Megan O'Malley; Morrell, Benjamin S. |
| **Cc:** | Alex Raynor |
| **Subject:** | RE: Lynch v. CCC |

But our section addresses points in your section that you have now deleted or revised.

Thank you for sharing Ex. H.

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Thursday, May 25, 2023 4:39 PM
**To:** Fisher, Ian H. <IFisher@taftlaw.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Cc:** Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Re: Lynch v. CCC

I am not removing your sections. I am including them without your signature and letting the Court know you didn't get back to me about including your signature. Ex H attached.

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.

**From:** Fisher, Ian H. <IFisher@taftlaw.com>
**Sent:** Thursday, May 25, 2023 4:36 PM
**To:** Megan O'Malley <momalley@ompc-law.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Cc:** Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** RE: Lynch v. CCC

The brief makes no sense with our section addressing points that have removed or changed. And, what is Exhibit H?

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Thursday, May 25, 2023 4:34 PM
**To:** Fisher, Ian H. <IFisher@taftlaw.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Cc:** Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Re: Lynch v. CCC

I am including at the front of the motion the following language and I will file.

    While Defendant provided its portion to Plaintiffs, it did not reply in a timely fashion to Plaintiffs' request to affix its signature. As such, Defendant's portions are included, but the motion is unsigned by Defendant.

I had to cancel my afternoon meeting, so I am not concerned with Ben's meeting.  I will wait exactly 10 minutes. If I don't get your approval, I will file with the prefatory statement above.

I am also filing a motion for leave to file oversized motion.  Do you object?

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Thursday, May 25, 2023 4:31 PM
**To:** Fisher, Ian H. <IFisher@taftlaw.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Cc:** Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Re: Lynch v. CCC

Does your Word run Compares?

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.

**From:** Fisher, Ian H. <IFisher@taftlaw.com>
**Sent:** Thursday, May 25, 2023 4:30 PM
**To:** Megan O'Malley <momalley@ompc-law.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Cc:** Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** RE: Lynch v. CCC

Do you have a redline?

---

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Thursday, May 25, 2023 4:30 PM
**To:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Fisher, Ian H. <IFisher@taftlaw.com>
**Cc:** Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Re: Lynch v. CCC

I'm preparing the filing for ECF now.  We didn't make many changes, and you don't get sur-reply opportunities, so I will just leave your signature off and note that you didn't get back to me.

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.

---

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Thursday, May 25, 2023 4:14 PM
**To:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Fisher, Ian H. <IFisher@taftlaw.com>
**Cc:** Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Re: Lynch v. CCC

Attached is the final version. Please confirm we can affix your signature.

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.

---

**From:** Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Sent:** Thursday, May 25, 2023 1:18 PM
**To:** Fisher, Ian H. <IFisher@taftlaw.com>; Megan O'Malley <momalley@ompc-law.com>

**Cc:** Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** RE: Lynch v. CCC

Megan,

Attached please find the draft joint motion with CCC's positions inserted, along with CCC's accompanying exhibits. If subsequent changes are made to Plaintiffs' positions, please send the new draft to us so we can review the revisions.

Also, although we are fairly certain of what Plaintiffs' proposed exhibits are, please send them to us so we can review.

Finally, we have an update regarding your prior request for the contact information of two students. We can confirm that letters containing FERPA notices were sent to both students today.

Thanks,

Ben



**Benjamin S. Morrell**
Attorney
BMorrell@taftlaw.com
**Dir:** 312.840.4489
**Tel:** 312.527.4000   |   **Fax:** 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

---

**From:** Fisher, Ian H. <IFisher@taftlaw.com>
**Sent:** Thursday, May 25, 2023 11:27 AM
**To:** Megan O'Malley <momalley@ompc-law.com>
**Cc:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** RE: Lynch v. CCC

Megan,
As we have repeatedly stated, we will have our portion to you today. We will not, however, be able to get it to you by 1 p.m. And, we will not agree to you revising the joint motion and filing it without giving us a chance to see the revisions.

Also, I just called you (as discussed by email yesterday) about settlement and left a message.  Let me know when you can discuss.
Best,
Ian



**Ian H. Fisher,** Partner
Litigation
Direct: 312.836.4043 | Office Ext: 34043
Taft Office: Chicago

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Thursday, May 25, 2023 11:03 AM
**To:** Fisher, Ian H. <IFisher@taftlaw.com>
**Cc:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Re: Lynch v. CCC

Gentlemen:

You have refused every reasonable request to provide your portion of the motion in a timely fashion. I am going to have to file a Plaintiff's motion only. I have given you plenty of time to get me your portion and I will not have time to go back and forth any further. If I don't receive your portion by 1 p.m. today, we will proceed with filing a Plaintiff's motion only. Also, even if I receive your portion by 1 p.m., as I have other commitments this afternoon, I will not be able to go back and forth and wait for you to review any adjustments we may make. Accordingly, we will insert your portion, make our adjustments, and file the motion without further exchanges between us. As we will obviously not make any changes to your portion, your signature will only affirm your agreement with your portion and so this is how we must proceed in order to get this motion filed today and presented to the Court in a timely fashion.

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Wednesday, May 24, 2023 7:59 PM
**To:** Fisher, Ian H. <IFisher@taftlaw.com>
**Cc:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Re: Lynch v. CCC

I am free between 10:30 am and 12 pm.

Can I please also have your portion to the motion? Thanks.

Get Outlook for iOS

**From:** Fisher, Ian H. <IFisher@taftlaw.com>
**Sent:** Wednesday, May 24, 2023 6:45:05 PM
**To:** Megan O'Malley <momalley@ompc-law.com>
**Cc:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Subject:** Lynch v. CCC

Megan,
Are you available tomorrow for a brief telephone discussion concerning settlement? We are relatively flexible if you wish to propose a couple of times.
Best,
Ian



**Ian H. Fisher**
Partner
IFisher@taftlaw.com
Dir: 312.836.4043
Tel: 312.527.4000 | Fax: 312.668.8905
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.