# EXHIBIT 10

## Morrell, Benjamin S.

| | |
|---|---|
| **From:** | Morrell, Benjamin S. |
| **Sent:** | Friday, April 21, 2023 10:12 AM |
| **To:** | Megan O'Malley; Alex Raynor |
| **Cc:** | Fisher, Ian H. |
| **Subject:** | RE: Lynch v. CCC - priv log |

Megan,

We did not produce 2,000 documents this week. We produced 334 documents comprising 2,417 pages. The vast majority of those documents are not new. Rather, 257 documents—comprising 1,959 pages—are duplicates of documents previously produced to Plaintiffs, which we produced again to avoid creating additional overlay problems that would arise from breaking up families of documents. In other words, only 19% of this week's production consists of pages of new information. If you wish, we can prepare a list of bates numbers matching each duplicate produced this week with the previously produced duplicate.

Also, contrary to your email, we did produce a privilege log to Plaintiffs (the second privilege log that CCC has produced). The Court did not order CCC to produce a privilege log by any specific date. We produced one within a reasonable time, and produced additional documents over which we decided to withdraw a prior assertion of privilege or protection. None of this is inconsistent with the Court's order.

Review of the 77 non-duplicate documents produced this week will make clear that a substantial number of them have nothing to do with Ms. Saleh. Nevertheless, we are sympathetic to your request for additional time to prepare for depositions. We are amenable to rescheduling Ms. Saleh's deposition for either Wednesday, May 10 or Thursday, May 11. Please let us know which of these dates you and she prefer.

Finally, we assume you also want to move back the depositions of Dr. Janosky and Ms. Panomitros—and, in any event, we cannot proceed with the depositions on the dates you noticed. We, however, will confer with the witnesses regarding their availability and get you some alternative dates soon.



**Benjamin S. Morrell,** Attorney
Employment & Labor Relations
Direct: 312.840.4489 | Office Ext: 34489
Taft Office: Chicago

---

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Thursday, April 20, 2023 9:00 AM
**To:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Cc:** Fisher, Ian H. <IFisher@taftlaw.com>
**Subject:** Re: Lynch v. CCC - priv log

But you didn't produce a log for documents withheld. And now you are dumping this on us a week before oral discovery commences and it's prejudicial to Plaintiffs. I'm quite sure if we waited until days before the

decisionmakers' depositions to give you a log that discloses we've been withholding over 200 documents, and also dumped another 2,000 documents, you wouldn't find that acceptable either.

Given the tardiness and excessiveness of your log, as well as the new documents produced, you have not provided us sufficient time to review these in advance of the depositions currently scheduled. And now you are telling us that you aren't even available to confer about the issue until "early next week." While your Notice of Compliance indeed referred to documents being withheld pursuant to privileges and protections, I will remind you that I asked you on April 4th for the log. The Court ordered your written discovery obligations to be fully complete by March 31. You did not meet that obligation. When I asked for the log on the 4th, you have now waited another 16 days to get it to me.

If it was not your intent to jam us up, then we expect that you will be amendable to re-scheduling the depositions of Ms. Saleh, Janine Janosky, and Anne Panomitros. Please let us know your availability beginning the week of May 8th to reschedule the depositions.

Thank you,

Megan O'Malley
O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
phone: 312.697.1382
facsimile: 312.697.1384

The information contained in this email message and in any attachments constitutes confidential information that belongs to O'Malley & Madden, P.C. This email and attachments may also contain attorney work product or information protected by the attorney-client privilege or other privileges. This information is intended only for the use of the individual or entity to which it is directed. If you are not the intended recipient, you are hereby notified that any disclosure or reliance on this information is prohibited. If you have received this message in error, please notify us at 312-697-1382.

---

**From:** Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Sent:** Thursday, April 20, 2023 7:50 AM
**To:** Megan O'Malley <momalley@ompc-law.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Cc:** Fisher, Ian H. <IFisher@taftlaw.com>
**Subject:** RE: Lynch v. CCC - priv log

Megan,

Ian is out of town this week, but we can schedule a time to speak early next week. Please let me know your availability.

For now, please note that a substantial number of the documents produced yesterday are duplicates of those already produced to Plaintiffs previously. In this production, we produced entire families of documents, with slip sheets for privileged documents, to avoid creating additional overlay problems that would arise from breaking up families of documents. Producing duplicates was a natural and inevitable consequence of this decision made in the spirit of inclusivity.

For other documents in this production, we initially withheld them as privileged or protected from disclosure but later, upon further review, decided to withdraw the privilege or protection and produce

them to Plaintiffs. Both the declaration of completeness and our continuous communications have acknowledged that CCC may withhold documents pursuant to applicable privilege or protection.

**From:** Megan O'Malley <momalley@ompc-law.com>
**Sent:** Thursday, April 20, 2023 7:18 AM
**To:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Cc:** Fisher, Ian H. <IFisher@taftlaw.com>
**Subject:** Re: Lynch v. CCC - priv log

A cursory review allows us to see that the log is deficient in several respects. We would also like to discuss why we are receiving an over 200 entry log and 2000 pages of new production 3 weeks after the court deadline and after your client submitted an affidavit of completeness. Please let us know what time later today works for a conversation.

Thank you,

Megan

Get Outlook for iOS

**From:** Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Sent:** Thursday, April 20, 2023 7:04:48 AM
**To:** Megan O'Malley <momalley@ompc-law.com>; Alex Raynor <alex.raynor@ompc-law.com>
**Cc:** Fisher, Ian H. <IFisher@taftlaw.com>
**Subject:** Lynch v. CCC - priv log

Good morning Megan,

Attached please find CCC's ESI privilege log.

Please let me know if you have any questions or would like to discuss.

Thanks,

Ben



**Benjamin S. Morrell**
Attorney
BMorrell@taftlaw.com
**Dir:** 312.840.4489
**Tel:** 312.527.4000   |   **Fax:** 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

4