# EXHIBIT 1

**Morrell, Benjamin S.**

| | |
|---|---|
| **From:** | Fisher, Ian H. |
| **Sent:** | Tuesday, May 23, 2023 11:25 AM |
| **To:** | Morrell, Benjamin S.; Kriss, Alexandra (Ally) |
| **Subject:** | FW: New Voicemail from OMALLEYMADDENPC (312) 697-1382 to Ian H. Fisher (Ext. 34043) on Tue May 23, 2023 09:08 |
| **Attachments:** | msg_08705182-9f32-4f17-958d-16b7cb19bd09.mp3 |



**Ian H. Fisher,** Partner
Litigation
Direct: 312.836.4043 | Office Ext: 34043
Taft Office: Chicago

**From:** Zoom <no-reply@zoom.us>
**Sent:** Tuesday, May 23, 2023 9:09 AM
**To:** Fisher, Ian H. <IFisher@taftlaw.com>
**Subject:** New Voicemail from OMALLEYMADDENPC (312) 697-1382 to Ian H. Fisher (Ext. 34043) on Tue May 23, 2023 09:08



# You have a new voicemail

| | |
|---|---|
| **Time** | Tue May 23, 2023 09:08 |
| **From** | OMALLEYMADDENPC (312) 697-1382 |
| **To** | Ian H. Fisher (Ext. 34043) |
| **Duration** | 01:52 |

**Voicemail Transcription**

"Hi, Anne, it's Megan, I'm. Alley calling, trying to figure out Why, you guys that you can just tell me when you do things, and and that you're not going to cooperate. But I do need to. I also wanted to make sure that I am making my attempts to speak verbally pursuant to rule 37.2 about the Eel November one dot doc that has been withheld for years that I sent an email about yesterday didn't hear back from you guys. I need it by Friday. or we will have to move for discovery sanctions. So I this is my attempt to speak to you in person or verbally over 37.2. If you want to call me back, please feel free. If you don't want to call me back, I will send an email. but I can't force you guys to cooperate, but I can file a motion, and I will file a motion. I'm. Also going to give you until 6, 30 today. That's the exact same amount of time we had to file our motion or to draft our motion, and you guys have your portions there? Is, it is absolutely absurd for been to suggest he's. No, i'm sorry. Not. Suggest to demand that you guys take twice as long as we took to draft your portion of our motion, and that's not acceptable, and i'm not going to allow it. So what I will allow. I went back and did the math, and if he he gives me his stuff at 6 30, that's the exact amount of time we took to draft our motion to get it to you. So there's not 2 sets of rules in this litigation, and i'm not going to put up with it anymore. So i'll send you an email since you don't answer my calls. And if you want to call me. if you want to have a conversation where I tell you that I want the document by Friday, which I already did in writing, and that will satisfy 30, some point 2, then great; and if you choose not to have a conversation that's on you. Bye. "

To listen to this message, you can open the attachment or use any [Zoom Applications](#) to have instant access to all your messages.



2

+1.888.799.9666

©2023 Zoom - All Rights Reserved

Visit zoom.us
55 Almaden Blvd
San Jose, CA 95113

3