UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EILEEN LYNCH, ERIN RUBIO, and ANEESA SALEH, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 508 d/b/a CITY COLLEGES OF CHICAGO, <br><br> Defendant. | Case No. 2021-cv-00366 <br><br> Judge Sara L. Ellis <br><br> Magistrate Judge Sheila M. Finnegan |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case shall be dismissed in its entirety, with prejudice, and with no award of counsel fees or costs by the Court to either side except as otherwise agreed to by the parties.

IT IS FURTHER STIPULATED AND AGREED that an Order pursuant to the foregoing may be entered without further notice to either party, upon the presentation of this Stipulation.

IT IS FURTHER STIPULATED AND AGREED that said dismissal shall be a bar to the bringing of any action based on or including the claim for which this action has been brought.

WHEREFORE, the parties hereto pray that the Court will enter an Order dismissing the action with prejudice.

Dated: September 20, 2023

By: /s/ M. Megan O'Malley
*Attorney for Plaintiff*

M. Megan O'Malley
John P. Madden
Alexandra L. Raynor
O'Malley & Madden, p.c.
542 S. Dearborn St., Ste. 660
Chicago, Illinois 60605
(312) 697-1382

By: /s/ Ian H. Fisher
*Attorney for Defendants*

Ian H. Fisher (ifisher@taftlaw.com)
Benjamin Morrell (bmorrell@taftlaw.com
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000