**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Eileen Lynch, et al.

                                                        Plaintiff,

v.                                                      Case No.:
                                                        1:21−cv−00366
                                                        Honorable Sara L. Ellis

Board of Trustees of Community College District
No. 508

                                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 22, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to the stipulation of
dismissal [97] this case is dismissed in its entirety, with prejudice, and with no award of
counsel fees or costs by the Court to either side except as otherwise agreed to by the
parties. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.